UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                      CHAPTER 13 PROCEEDINGS

MICHAEL S CARTER                CASE NUMBER:  04-21434
VALARIE L CARTER               HON: DANIEL S OPPERMAN
               Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE
## DEPOSITED IN US REGISTRY

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $103.05  for deposits in the U. S. Registry as evidenced by the attached Check No. 248936  made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on May 14, 2010 on behalf of the following debtor:


   Michael S & Valarie L Carter

  Debtor refund sent May 14, 2010 and check is not cashed.

Date:  June 14, 2010                              /s/ Thomas W McDonald
                                                    Thomas W McDonald, Jr.
                                                    Chapter 13 Trustee
                                                    3144 Davenport Ave
                                                    Saginaw Mi 48602
                                                    Telephone (989) 792-6766
                                                    ecf@mcdonald13.org